IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASWINDER SINGH                                         PETITIONER

V.                         CIVIL ACTION NO. 5:20-CV-77-DCB-MTP

BARR                                                    RESPONDENT

## Order Adopting Report and Recommendation

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 10], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker recommends that the Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] be dismissed as moot with prejudice because the Petition no longer presents a live case or controversy for the purpose of satisfying Article III, Section 2 of the United States Constitution.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the

findings and conclusions of this Court. This action is hereby DISMISSED with prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 28th day of April, 2021.

/s/  David Bramlette
UNITED STATES DISTRICT JUDGE